## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Bishoy Abo–Saif

                    Plaintiff,

v.                                             Case No.: 1:16–cv–02727
                                                    Honorable John J. Tharp Jr.

John Marshall Law School

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Defendant's counsel does not appear. By agreement, plaintiff's counsel reports that the settlement agreement will be executed shortly and that they will be filing their stipulation to dismiss by 10/18/17. The matter is set for a status hearing before the magistrate judge on 11/01/17 at 9:00 a.m. If prior to the status hearing the parties file their stipulation to dismiss, then the Court will strike the status hearing. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.