IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BISHOY ABO-SAIF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-2727 |
| ) | |
| THE JOHN MARSHALL LAW SCHOOL, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Bishoy Abo-Saif, and Defendant, The John Marshall Law School, by and through their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal without prejudice of this action, with each party to bear their own costs and fees, and with such dismissal to automatically convert to a dismissal with prejudice if Plaintiff has not refiled this action on or before May 14, 2018.

Respectfully submitted,

| BISHOY ABO-SAIF | THE JOHN MARSHALL LAW SCHOOL |
|---|---|
| /s/ Giel Stein (*w/ permission*) | /s/ Christopher T. Conrad |
| One of his attorneys | One of its attorneys |
| | |
| Giel Stein | Christopher T. Conrad |
| Clark Hill PLC | WILFORD CONRAD LLP |
| 130 E. Randolph St., Suite 3900 | 18-6 E. Dundee Rd., Ste. 150 |
| Chicago, Illinois 60601 | Barrington, Illinois 60010 |
| (312) 517-7520 | (224) 848-4721 |
| Fax: (312) 985-5979 | Fax: (224) 425-5865 |
| gstein@clarkhill.com | cconrad@wilfordconrad.com |
| | |
| Attorneys for Plaintiff, BISHOY ABO-SAIF | Attorneys for Defendant, THE JOHN MARSHALL LAW SCHOOL |

## **CERTIFICATE OF SERVICE**

  I, Christopher T. Conrad, an attorney, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on October 12, 2017, which will send electronic notification of such filing to all counsel of record.

                 /s/ Christopher T. Conrad