# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Bishoy Abo−Saif

                                  Plaintiff,

v.                                                    Case No.: 1:16−cv−02727
                                                              Honorable John J. Tharp Jr.

John Marshall Law School

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 13, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the parties' joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed without prejudice, with leave to reinstate on or before May 14, 2018. In the event a motion to reinstate is not filed by May 14, 2018, the dismissal shall thereafter be with prejudice. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.